**Roque DE LA FUENTE, also known as Rocky, Plaintiff-Appellant**

v.

**IOWA DEMOCRATIC PARTY; Paul Pate, agent of Secretary of State, Defendants-Appellees**

No. 16-2693

United States Court of Appeals, Eighth Circuit.

Submitted: February 21, 2017

Filed: February 27, 2017

Roque De La Fuente, Pro Se

Shayla McCormally, McCormally Law Firm, PLLC, Des Moines, IA, Defendant-Appellee Iowa Democratic Party

Meghan Lee Gavin, Assistant Attorney General, Jeffrey S. Thompson, Attorney General's Office, Des Moines, IA, for Defendant-Appellee Paul Pate

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Roque De La Fuente appeals after the district court[1] dismissed his pro se 42

---

1. The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

U.S.C. § 1983 complaint against the Iowa Democratic Party and the Iowa Secretary of State, asserting claims related to his efforts to participate in the 2016 Iowa Democratic presidential caucuses. After carefully reviewing the record, and the parties' arguments on appeal, we conclude that De La Fuente's complaint was moot to the extent he sought injunctive relief, and that it was appropriate to dismiss the complaint for failure to state a claim. See Levy v. Ohl, 477 F.3d 988, 991 (8th Cir. 2007) (grant of motion to dismiss for failure to state claim is reviewed de novo); Doe v. Gooden, 214 F.3d 952, 955 (8th Cir. 2000) (§ 1983 claims cannot be predicated on violations of state law); see also Gallagher v. Magner, 636 F.3d 380, 383 (8th Cir. 2010) (discussing standard for claims under Title VI of the Civil Rights Act of 1964). Accordingly, we affirm. See 8th Cir. R. 47B.